UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN ONORATO,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

26-CV-8976 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 11, 2026, plaintiff filed suit against the Commissioner of the U.S. Social Security Administration, seeking review and reversal of an administrative determination by the Commissioner. Dkt. 1. Pursuant to 42 U.S.C. § 405(g), such an action "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." The complaint states that this requirement is met since plaintiff "resides in Glen Spey." Dkt. 1 ¶ 4; *see also* 28 U.S.C. § 112(b) ("The Southern District" encompasses Sullivan County). The complaint also notes, however, that plaintiff "is a resident of Suffolk County." Dkt. 1 ¶ 4. But Suffolk County is part of the Eastern District. 28 U.S.C. § 112(b). Accordingly, plaintiff is hereby ORDERED to file a letter **on or before October 16, 2026,** clarifying why the action may be brought in this Court.

SO ORDERED.

Dated: October 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge